# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| GEORGE REUL, | Civil No. 09-0014 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| 3M COMPANY, | |
| Defendant. | |

___

Angela Rouillard, Paul Iversen and Richard Williams, Jr., **WILLIAMS & IVERSEN,** 1611 West County Road B, Suite 208, Roseville, MN 55113, for plaintiff.

David Wilk, **LARSON KING, LLP**, 30 East Seventh Street, Suite 2800, St. Paul, MN 55101, for defendant.

This matter is before the Court upon the parties' stipulation of dismissal with prejudice filed February 10, 2010 [Docket No. 16].

**IT IS HEREBY ORDERED THAT** the above-captioned action hereby is **DISMISSED WITH PREJUDICE**, with all parties agreeing to bear their own costs and fees. Judgment of dismissal with prejudice shall be entered without further notice.

DATED: February 12, 2010
at Minneapolis, Minnesota.

                  s/ John R. Tunheim
                  JOHN R. TUNHEIM
                  United States District Judge